# Court of Appeals
# of the State of Georgia

ATLANTA, __April 02, 2020__

*The Court of Appeals hereby passes the following order:*

**A20A1610. JONES et al v. ATLANTA BOYS CHOIR, INC. et al.**

Having notified this Court of a finalized settlement in the above-styled case, the Appellants' motion to withdraw appeal pursuant to this Court's Rule 41 (g) (1) is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*__04/02/2020__
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*